# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| HILARIO MERLAN SOLIS, #07099-078 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20cv246 |
| § | CRIMINAL ACTION NO. 4:98cr47(5) |
| UNITED STATES OF AMERICA § | |

## ORDER OF DISMISSAL

This civil action was referred to a United States Magistrate Judge, who issued a Report and Recommendation recommending the case be dismissed as successive. No objections were timely filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice to Movant's right to file a motion for leave to file a successive § 2255 motion in the United States Court of Appeals for the Fifth Circuit.

It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 11th day of May, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE